**STATE of Missouri, Respondent,**

v.

**Raymond YOUNG, Appellant.**

**No. WD 34030.**

Missouri Court of Appeals, Western District.

Sept. 20, 1983.

Willard B. Bunch and John Edward Cash, Kansas City, for appellant.

John Ashcroft and John M. Morris, Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of robbery first degree.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Robert D. GRAYSON, Appellant.**

**No. WD 34444.**

Missouri Court of Appeals, Western District.

Sept. 20, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM;

This appeal is from a jury verdict of conviction for burglary first degree and sentence to twelve years imprisonment as a persistent offender.

Judgment affirmed. A written opinion would serve no jurisprudential purpose. Rule 30.25(b).

All concur.